eFile Accepted: 09/04/2014 12:57 PM

Filing # 17844594 Electronically Filed 09/04/2014 12:55:59 PM

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR **SARASOTA** COUNTY, FLORIDA

CLICKBOOTH.COM, LLC, a
Florida corporation,
    5901 N. Honore Ave., Suite #210
    Sarasota FL 34243-2632

        Plaintiff,                      Case No.:
vs.                                        Division:

BCM VENTURES INC. d/b/a
RED SPEAR MEDIA LLC, a Utah
corporation not authorized to do
business in Florida,
and BRYAN MELCHIOR,

        Defendant.
_____/



## COMPLAINT

Plaintiff, CLICKBOOTH.COM, LLC, a Florida corporation, sues the Defendant, BCM VENTURES INC. d/b/a RED SPEAR MEDIA LLC, and BRYAN MELCHIOR, and for its Complaint states as follows:

### GENERAL ALLEGATIONS

1. Plaintiff, CLICKBOOTH.COM, LLC, is a Florida corporation.

2. Service of Process upon the Defendants is made pursuant to Florida Statute 48.193. The Defendants are residents of the State of Utah. Service under the Long Arm Statute is appropriate because the Defendants are nonresidents who breached a contract in this state by failing to perform the act of payment required by the contract to be performed in this state; or operated, conducted, engaged in, or carried a business or business venture in this State or had/has an office or agency in this State.

3. Venue is proper in Sarasota County, Florida as per the terms of the contract.

### COUNT I - BREACH OF AGREEMENT

4. This is an action for damages that exceed $15,000.00, exclusive of interest, court costs and attorney's fees.

5. Plaintiff, CLICKBOOTH.COM, LLC, a Florida corporation, and Defendant, BCM VENTURES INC. d/b/a RED SPEAR MEDIA LLC, entered into an Agreement, a copy being attached hereto and made a part hereof.

6. Plaintiff performed all conditions required by the Agreement.

7. The Defendant is in default of the Agreement by failing to make payment and Plaintiff

is entitled, pursuant to the terms of the Agreement, to the sum of $258,430.16, by virtue of default, together with interest thereon.

8. Plaintiff is obligated to pay its attorneys a fee for their services, and pursuant to the terms of the Agreement, Defendant agreed to pay attorney's fees in the event of default.

**WHEREFORE**, Plaintiff demands judgment against the Defendant, BCM VENTURES INC. d/b/a RED SPEAR MEDIA LLC, in the sum of $258,430.16, together with interest, court costs and attorney's fees.

## COUNT II - GUARANTEE

9. This is an action for damages that exceed $15,000.00, exclusive of interest, court costs, and attorney's fees.

10. The Corporation, BCM VENTURES INC. d/b/a RED SPEAR MEDIA LLC, owes the Plaintiff $258,430.16.

11. The Defendant, BRYAN MELCHIOR, entered into an agreement with Plaintiff whereby the Defendant guaranteed the debt to the Plaintiff, copy attached.

12. The Defendants breached the agreement by failing to pay the sum due to the Plaintiff.

13. The Plaintiff performed all conditions required by the agreement.

14. The Defendant owes the Plaintiff $258,430.16 in accordance with the Personal Guarantee.

**WHEREFORE**, Plaintiff demands judgment against the Defendant, BRYAN MELCHIOR, in the sum of $258,430.16, together with interest, court costs and attorney's fees, and for such other relief as the Court deems just and proper.

Respectfully submitted,

MARCADIS SINGER, P.A.

By: _____
( )Ralph S. Marcadis, Esquire, FL Bar #351458
(X)Gilbert M. Singer, Esquire, FL Bar #282987
( )Amy J. Winarsky, Esquire, FL Bar #900140
( )Jonathan P. Hempfling, Esquire, FL Bar #89067
   5104 South Westshore Blvd., Tampa, FL 33611
   813/288-1881, toll free 888/547-1881
   Fax: 813/288-9678
   E-service: pleadings@marcadislaw.com
ATTORNEY FOR PLAINTIFF

140904/77839/JMG
This is a communication from a debt collector. We are attempting to collect a debt. Any information you provide may be used for that purpose.