

# BCM Ventures Inc dba Red Spear Media Clickbooth Network Exclusive CPA Payout Incr's 09.12.11MFA

EchoSign Document History                    September 12, 2011

| | |
|---|---|
| Created: | September 12, 2011 |
| By: | Tracey Duncan ▓▓▓▓▓▓▓▓▓▓ |
| Status: | SIGNED |
| Transaction ID: | JYM8JB2L8U24XV |

## "BCM Ventures Inc dba Red Spear Media Clickbooth Network Exclusive CPA Payout Incr's 09.12.11MFA" History

- 📄 Document created by Tracey Duncan ▓▓▓▓▓▓▓▓
  September 12, 2011 - 2:51 PM EDT - 72.64.129.210

- ✉️ Document emailed to Bryan Melchior ▓▓▓▓▓▓▓▓▓▓ for signature
  September 12, 2011 - 2:53 PM EDT

- 📄 Document viewed by Bryan Melchior ▓▓▓▓▓▓▓▓▓▓
  September 12, 2011 - 3:27 PM EDT - 67.2.17.104

- ✍️ Document esigned by Bryan Melchior ▓▓▓▓▓▓▓▓▓▓
  September 12, 2011 - 3:30 PM EDT - 67.2.17.104

- ✉️ Document emailed to Melissa Filipkowski ▓▓▓▓▓▓▓▓▓▓ for signature
  September 12, 2011 - 3:30 PM EDT

- 📄 Document viewed by Melissa Filipkowski ▓▓▓▓▓▓▓▓▓▓
  September 12, 2011 - 3:31 PM EDT - 72.64.129.210

- ✍️ Document esigned by Melissa Filipkowski ▓▓▓▓▓▓▓▓▓▓
  September 12, 2011 - 3:44 PM EDT - 72.64.129.210

- ⊘ Signed document emailed to Tracey Duncan ▓▓▓▓▓▓▓▓▓▓ Bryan Melchior ▓▓▓▓▓▓▓▓▓▓ and Melissa Filipkowski ▓▓▓▓▓▓▓▓▓▓
  September 12, 2011 - 3:44 PM EDT



EchoSign.                                    Seriously Secured.

1:22 PM
04/01/13

## Clickbooth.com, LLC
## Customer Balance Detail
### All Transactions

**BCM Ventures Inc dba Red Spear Media LLC**

| Type | Date | Num | Due Date | Class | Amount | Balance |
|---|---|---|---|---|---|---|
| Invoice | 06/30/2011 | JL071311BBA | 07/13/2011 | | 135.00 | 135.00 |
| Invoice | 07/13/2011 | JL071311BBB | 07/13/2011 | | 46,620.00 | 46,755.00 |
| Invoice | 07/18/2011 | JL071811BBC | 07/18/2011 | | 54,270.00 | 101,025.00 |
| Invoice | 07/25/2011 | JL072511BBF | 07/25/2011 | | 54,830.00 | 155,855.00 |
| Invoice | 07/31/2011 | JL080111BBH | 08/01/2011 | | 55,620.00 | 211,275.00 |
| Payment | 08/05/2011 | 9037080502017310 | | | -36,000.00 | 175,275.00 |
| Payment | 08/08/2011 | 9068080800009194 | | | -135.00 | 175,140.00 |
| Invoice | 08/09/2011 | JL080911BBC | 08/09/2011 | | 59,985.00 | 235,125.00 |
| Invoice | 08/15/2011 | JL081511BBH | 08/15/2011 | | 46,305.00 | 281,430.00 |
| Payment | 08/15/2011 | 9037081502270835 | | | -86,390.00 | 195,040.00 |
| Invoice | 08/22/2011 | JL082211BBG | 08/22/2011 | | 39,330.00 | 234,370.00 |
| Payment | 08/23/2011 | 9037082300B9636 | | | -14,439.96 | 219,930.04 |
| Invoice | 08/29/2011 | JL082911BBG | 08/29/2011 | | 34,065.00 | 253,995.04 |
| Payment | 08/31/2011 | 9037083102291845 | | | -74,310.04 | 179,685.00 |
| Invoice | 08/31/2011 | JL090611BBX | 09/06/2011 | | 19,845.00 | 199,530.00 |
| Invoice | 09/06/2011 | JL090611BBY | 09/06/2011 | | 20,475.00 | 220,005.00 |
| Invoice | 09/14/2011 | JL091411BBC | 09/14/2011 | | 71,055.00 | 291,060.00 |
| Payment | 09/15/2011 | 9037091501059G2 | | | -59,985.00 | 231,075.00 |
| Invoice | 09/19/2011 | JL091911BBP | 09/19/2011 | | 132,053.00 | 363,128.00 |
| Invoice | 09/26/2011 | JL092611BBF | 09/26/2011 | | 150,057.00 | 513,185.00 |
| Payment | 09/27/2011 | 9037092701125427 | | | -85,635.00 | 427,550.00 |
| Invoice | 09/30/2011 | JL100311BBJ | 10/03/2011 | | 13,277.00 | 440,827.00 |
| Invoice | 10/03/2011 | JL100311BBK | 10/03/2011 | | 45.00 | 440,872.00 |
| Payment | 10/05/2011 | 9037100501B2610 | | | -128,385.00 | 312,487.00 |
| Payment | 10/18/2011 | 9037101801B0290 | | | -100,000.00 | 212,487.00 |
| Payment | 12/14/2011 | 9088121400012473 | | | -609.49 | 211,877.51 |
| Payment | 01/05/2012 | 9037010501337G9 | | | -10,976.06 | 200,902.45 |
| General Journal | 03/31/2012 | 1461 | | | 26,689.03 | 227,591.48 |
| General Journal | 03/31/2012 | 1476 | | | 30,838.68 | 258,430.16 |

**Total BCM Ventures Inc dba Red Spear Media LLC** 258,430.16 258,430.16

**TOTAL** 258,430.16 258,430.16

Handwritten note: 64,607.54 col exp / 7752.90 int

## Advertising Insertion Order

Clickbooth.com LLC
IntegraClick Professional Park East Building
5901 N. Honore Ave., Suite #210, Sarasota, FL 34243-2832

info@clickbooth.com
Fax: 941.296.7911

| CLIENT: BCM Ventures Inc d/b/a Red Spear Media LLC | PROJECT: Clickbooth Network Exclusive CPA Payout Increases |
|---|---|
| ADDRESS: 2111 E. Glacier Dr. | ORDER #: JL091211MFA |
| C/S/Z: Sandy, UT 84092 | ORDER DATE: 09.12.11 |
| CORP STATUS: LLC / TIN: [redacted] | LAUNCH DATE: 09.12.11 |
| PHONE: [redacted] | ADVERTISER REP: Melissa Filipkowski |
| CONTACT: Bryan Melchior ; Bronson Hunter  / EMAIL: [redacted] | |

### PAYMENT METHOD

| [ ] Physical Check | [ ] Electronic / Fax Check | [ ] Credit Card |
|---|---|---|
| [X] Wire Transfer | [ ] ACH Debit | Credit Card Information: |
| ACH Information: | | Name On Card: _____ |
| Bank Name: _____ | | Card Number: _____ |
| Name On Account: _____ | | Expiration Date: _____ |
| ABA Routing Number: _____ | | CVV/Security Code: _____ |
| Account Number: _____ | | Card Limit: _____ |
| Billing Address: _____ | | Card Type: Visa [ ] MC [ ] Amex [ ] Discover [ ] |
| | | Billing Address: _____ |
| Accountholder Signature: _____ | | Cardholder Signature: _____ |
| Accountholder agrees to pay all amounts as invoiced, due, owing, and/or required, and hereby authorizes Clickbooth.com, LLC to process such payments and transactions. | | Cardholder agrees to pay all amounts as invoiced, due, owing, and/or required, and hereby authorizes Clickbooth.com, LLC to process such payments and transactions. |

| Cost Per Acquisition: | Clickbooth.com Network Exclusive CPA Payout Increases: | Traffic Types Allowed: | Cost |
|---|---|---|---|
| [ ] Credit Card Price: $48.21 | EXCLUSIVE – Pure-Biotix - White Page Offer - Payout Increase effective 9/12/11. Geo-Restrictions: US Only. | Email, Search, On-Site/Display, Contextual, Network. | TBD |
| [X] Cash Discount Price: $47.00 | | | |
| [ ] Credit Card Price: $48.21 | EXCLUSIVE – Pure-Biotix - Orange Page Offer - Payout increase effective 9/12/11. Geo-Restrictions: US Only. | Email, Search, On-Site/Display, Contextual, Network. | TBD |
| [X] Cash Discount Price: $47.00 | | | |
| [ ] Credit Card Price: $48.21 | EXCLUSIVE – Pure-Biotix - Pink Sub Offer - Payout increase effective 9/12/11. Geo-Restrictions: US Only. | Email, Search, On-Site/Display, Contextual, Network. | TBD |
| [X] Cash Discount Price: $47.00 | | | |
| | | Total Cost | TBD |

Email – Publishers send HTML or text creatives to opt-in email addresses.
Search – Publishers promote websites by increasing their visibility in search engine result pages. They do this by actively bidding on keywords. Traffic can be driven directly to a landing page or to a site owned by a publisher that links the consumer to the landing page.
On-site/Display – Advertising through banners that contain text, logos, images and/or videos or text-only links. This kind of advertising can be promoted directly through a website owner, or the advertising space can be purchased for a limited time through a media buy.
Contextual – The advertisements are selected and served based upon the content displayed to a consumer.
Network – Other networks will promote the offer through the approved traffic types.

The Clickbooth.com Advertiser Terms and Conditions shall govern this Advertising Insertion Order. Payments are due as stated on the invoice. By signing this Advertising Insertion Order, Client represent and warrant that they have full right, power, and authority to make this purchase, sign this Advertising Insertion Order, bind Client, and hereby guarantees timely payment.

CLIENT: BCM Ventures, Inc.
Signed: *Bryan Melchior*
Title: President
Date: Sep 12, 2011

CLICKBOOTH.COM, LLC
Signed: *Melissa Filipkowski*
Title: Senior Advertising Consultant
Date: Sep 12, 2011

Document Integrity Verified                EchoSign Transaction Number: JYM8JB2L6U24XV

Clickbooth.com LLC
IntegraClick Professional Park East Building
5901 N. Honore Ave., Suite B210, Sarasota, FL 34243-2832

info@clickbooth.com
Fax 941.296.7911

| CLIENT: BCM Ventures Inc d/b/a Red Spear Media LLC | PROJECT: Clickbooth Network Exclusive CPA's |
|---|---|
| ADDRESS: 2111 E. Glacier Dr. | ORDER #: JL061511D |
| C/S/Z: Sandy, UT 84092 | ORDER DATE: 06.15.11 |
| CORP STATUS: LLC / TIN: 27-5006879 | LAUNCH DATE: A.S.A.P. |
| PHONE: | ADVERTISER REP: Tara Bills |
| CONTACT: Bryan Melchior ; Bronson Hunter / EMAIL: | |

## PAYMENT METHOD

| [ ] Physical Check | [ ] Electronic / Fax Check | [ ] Credit Card |
|---|---|---|
| [X] Wire Transfer | [ ] ACH Debit | |

ACH Information:
Bank Name: Authorise.com
Name On Account: Jer O'connel
ABA Routing Number: ___
Account Number: ___
Billing Address: ___
Accountholder Signature: ___

*Accountholder agrees to pay all amounts as invoiced, due, owing, and/or required, and hereby authorizes Clickbooth.com, LLC to process such payments and transactions.*

Credit Card Information:
Name On Card: ___
Card Number: ___
Expiration Date: ___
CVV/Security Code: ___
Card Limit: ___
Card Type: Visa [ ]   MC [ ]   Amex [ ]   Discover [ ]
Billing Address: ___
Cardholder Signature: ___

*Cardholder agrees to pay all amounts as invoiced, due, owing, and/or required, and hereby authorizes Clickbooth.com, LLC to process such payments and transactions.*

| Cost Per Acquisition: | Clickbooth.com Network Exclusive CPA's | Traffic Types Allowed: | Cost |
|---|---|---|---|
| [ ] Credit Card Price: $46.15<br>[X] Cash Discount Price: $45.00 | EXCLUSIVE - Pure-Biotix Purple Page Offer<br>Geo-Restrictions: US Only. *See Attached Email SPM* | Email, Search, On-Site/Display, Contextual, Network | TBD |
| [ ] Credit Card Price: $46.15<br>[X] Cash Discount Price: $45.00 | EXCLUSIVE - Pure-Biotix White Page Offer<br>Geo-Restrictions: US Only. *See Attached Email SPM* | Email, Search, On-Site/Display, Contextual, Network | TBD |
| | Pre-payment of $45,000.00 due in advance of launch date and held on account | | ($45,000.00) |
| | | Total Cost | TBD |

Email – Publishers send HTML or text creatives to opt-in email addresses.
Search – Publishers promote websites by increasing their visibility in search engine result pages. They do this by actively bidding on keywords. Traffic can be driven directly to a landing page or to a site owned by a publisher that links the consumer to the landing page.
On-site/Display – Advertising through banners that contain text, logos, images and/or videos or text-only links. This kind of advertising can be promoted directly through a website owner, or the advertising space can be purchased for a limited time through a media buy.
Contextual – The advertisements are selected and served based upon the content displayed to a consumer.
Network – Other networks will promote the offer through the approved traffic types.

The Clickbooth.com Advertiser Terms and Conditions shall govern this Advertising Insertion Order. Payments are due as stated on the invoice. By signing this Advertising Insertion Order, Client represent and warrant that they have full right, power, and authority to make this purchase, sign this Advertising Insertion Order, bind Client, and hereby guarantees timely payment.

Client: BCM Ventures, Inc.
Sign: [signature]
Name: Bryan Melchior
Title: President
Date: 6/17/11

Clickbooth.com, LLC
Sign: ___
Name: ___
Title: ___
Date: ___

## Clickbooth.com Advertiser Terms & Conditions

The following Terms and Conditions are entered into as of the "Effective Date" set forth below by and between Clickbooth.com, LLC., owner and operator of Clickbooth network ("Clickbooth"), Guarantor, identified below, and you ("Advertiser," "you," "yours"), and shall govern the placement and delivery of advertising as set forth in the Insertion Order ("IO") to which these Terms and Conditions are attached (the IO, together with these Terms and Conditions, the "Agreement").

1. **Introduction.** Clickbooth provides you, as Advertiser, with the ability to post Ads (as defined below) for distribution through the Clickbooth Network, as defined herein, subject to your compliance with the terms and conditions of the Agreement. By enrolling as an advertiser, Advertiser, its agents, representatives, employees and any other person acting on its behalf with respect to the use of the Clickbooth Network, shall be bound by, and agrees to be bound by, the Agreement.

2. **Clickbooth Network.** The Clickbooth Network is defined as Clickbooth's branded websites, newsletters and various third party affiliates ("Affiliates") that may be authorized by Clickbooth to post Ads on or through websites, newsletters and/or applications that they control. Affiliates are paid a commission based on revenue generated from Advertiser's campaign(s). The Clickbooth Network can be accessed at www.Clickbooth.com.

3. **Clickbooth Services/Ads.** As of the Effective Date, Advertiser agrees to accept and pay for, and Clickbooth agrees to provide, the services identified and set forth in the Agreement ("Services"). Clickbooth's exclusive obligation is to distribute Ads provided by Advertiser within the Clickbooth Network, in accordance with the Agreement. Other than where the parties agree that Clickbooth shall contribute to the development of the Ads, Advertiser will, at its sole cost and expense, create and deliver all content required for any Ad to Clickbooth in the form requested by Clickbooth and in accordance with the specifications and policies set forth by Clickbooth, prior to publication ("Advertiser Provided Ad"). The parties understand and agree that Advertiser is the sole owner of any and all intellectual property rights associated with any Advertiser Provided Ads; other than those portions that Clickbooth prepares on Advertiser's behalf ("Clickbooth Assisted Ads" and together with the Advertiser Provided Ads, the "Ads"). The parties understand and agree that Clickbooth is the sole owner of any and all intellectual property rights associated with the Clickbooth Assisted Ads; other than Advertiser's trademarks, logos and other pre-existing Advertiser intellectual property incorporated in the Clickbooth Assisted Ads. Clickbooth will not be required to publish any Ad that is not in accordance with its policies or specifications. Notwithstanding the foregoing, Clickbooth's policies, specifications and/or recommendations with respect to Ads (including the Clickbooth Assisted Ads) should not be construed as legal advice, or as sufficient guidelines to ensure that such Ads comply with applicable law. Clickbooth does not represent or warrant that the Ads (including the Clickbooth Assisted Ads), or such policies, specifications and/or recommendations associated with the Ads, are legally compliant or appropriate. Clickbooth assumes no obligation and hereby disclaims any liability for Advertiser's use of and/or reliance upon the Ads (including the Clickbooth Assisted Ads) and any such policies, specifications and/or recommendations. Advertiser should consult with its legal counsel and/or other professional advisors before utilizing any Ads or acting on any policies, specifications and/or recommendations as provided by Clickbooth. Clickbooth reserves the right to demand third party verification for any claims made in any Ad and to terminate the Agreement in the event that such verification is not promptly provided or is unsatisfactory, in Clickbooth's sole discretion. You are solely responsible for the content of your Ads. Clickbooth shall not be responsible for Advertiser's website(s), including, but not limited to, content, maintenance of Advertiser's website(s), order entry, customer service, payment processing, shipping, cancellations or returns. Advertiser warrants and represents that: (a) it has all right, title and interest in and to the Ads; (b) the use of the Ads by Clickbooth and its Affiliates as contemplated and authorized hereunder will not infringe on any third party's copyright, patent, trademark, trade secret or other proprietary rights or right of publicity or privacy; and (c) all Ads are in compliance with all laws, regulations and ordinances ("Laws") of the United States and any other jurisdiction in which Advertiser conducts its business.

   a. **Distribution of Ads.** Positioning of the Ads within the Clickbooth Network is at the sole discretion of Clickbooth and its Affiliates. Clickbooth does not guarantee that your Ads will be available through any specific part of the Clickbooth Network, when your Ads will run and/or the placement and positioning of your Ads. Clickbooth reserves the right to approve, omit, edit or reject any Ad for any reason at any time, including the right to make minor changes to the Ads in order to optimize campaign results, with or without notice to the Advertiser. In addition, we reserve the right, at any time to remove any of your Ads if we determine, in our sole discretion, that the Ad or any portion thereof, violates any of our policies or may result in liability to us. In addition, Clickbooth shall have the absolute right to reject any URL link embodied within any Ad. Clickbooth's failure to reject, cancel, approve, omit, edit or modify shall not be construed as an acceptance of any Ad, nor shall it negate other provisions of the Agreement, specifically with respect to liability.

   b. **Exclusivity.** If the "Exclusive" option has been selected on the IO, then Clickbooth shall be the exclusive customer for that offer, and Advertiser shall not duplicate the offer for any other published offer than the Clickbooth Network without Clickbooth's prior written consent. In the event of any breach of this provision by Advertiser, Clickbooth shall be entitled to, in addition to all other rights and remedies that Clickbooth may have at law or in equity, an injunction (without the requirement to post a bond) enjoining and restraining Advertiser and/or all other persons involved therewith from continuing such breach for each applicable "Exclusive" offer. Advertiser acknowledges that any breach by Advertiser of this provision will result in irreparable injury to Clickbooth for which money damages could not adequately compensate Clickbooth.

4. **Terms of Payment.** In consideration of the Services to be provided, Advertiser agrees to pre-pay Clickbooth monthly prior to Ad posting all applicable fees and charges in United States dollars, in accordance with the payment plan/program selected, and the applicable compensable events (each, an "Action"), which are defined and set forth below and for which both parties execute an IO. Clickbooth will submit an invoice to Advertiser either at the beginning of each month for fees and charges associated with the prior month's Ad posting or when the Advertiser's bill reaches eighty percent (80%) of its prepayment amount or at the occurrence of other credit issues (see section 7 below), whichever occurs earlier. Payments for invoices are due as specified in the IO and will be overdue if unpaid seven (7) calendar days from the due date on the invoice. Overdue invoices will accrue interest at the rate of Eighteen Percent (18%) per annum or the maximum amount permitted by law, whichever is less. All payments made under the Agreement shall be subject to any applicable taxes and Clickbooth set-up fees. Advertiser shall pay Clickbooth in accordance with one of the following three (3) payment plans/models, together with the applicable Action designated for each, as selected by Advertiser in each IO:

   a. **Cost-Per-Click ("CPC").** A fee for all click-thrus on your Ads resulting from Clickbooth or Affiliate efforts. Such fees will be based on the number of click-thrus on all of your Ads, multiplied by the cost of each click-thru, which shall be computed according to our rules and pricing applicable to the program that you selected on each IO. A click-thru is defined as an occasion in which a person on the Internet clicks on your Ad directing him/her to your landing page or website.



be based on the number of leads or sales received from all of your Ads, multiplied by the applicable CPA/CPL rate, which shall be computed according to our rules and pricing applicable to the program that you selected on each IO. For all leads and sales programs (CPA/CPL), you agree to provide on or before the fifth (5th) day of each month, the total number of leads or sales generated by Clickbooth and its Affiliates in the previous month. Clickbooth will invoice you and you agree to pay based on the higher of your numbers or Clickbooth's numbers. Leads or sales are defined as Internet users interested in your Ad or offer, who have clicked-thru to your landing page or website, and have signed up for, or purchased, as applicable, your service or product as determined by the firing of the pixel. Advertiser agrees that at all times during the term of the Agreement it shall maintain accurate books and records relating to the number of leads received and any payments due Clickbooth derived therefrom ("Records"). Advertiser agrees that Clickbooth shall have the right following the Effective Date, at Clickbooth's sole cost and expense, to inspect, audit and copy ("Audit") all such Records during normal business hours upon ten (10) business days prior written notice to Advertiser. Such Audit shall be strictly limited to the Records and any source documents used in the preparation thereof. In the event that such Audit uncovers improper use of Unaccepted Leads (as defined below) or an underpayment to Clickbooth by Advertiser of greater than five percent (5%) for any billing period, Advertiser shall remit any underpayment with interest to Clickbooth within thirty (30) days and such Audit shall be at Advertiser's sole cost and expense. Any and all leads that are not both accepted and paid for by Advertiser shall be deemed the sole property and Confidential Information of Clickbooth ("Unaccepted Leads"). Without limiting the generality of the confidentiality obligations set forth herein, Advertiser agrees that it: (i) will not transfer, display or otherwise share information contained in the Unaccepted Leads with any third party; (ii) will not use the information contained in the Unaccepted Leads on its own behalf in any manner not expressly authorized by Clickbooth; and (iii) will notify Clickbooth as soon as it learns of any actual or suspected unauthorized use of or access to the information contained in the Unaccepted Leads and provide reasonable assistance to Clickbooth in the investigation and prosecution of any such unauthorized use or disclosure. Both parties agree and acknowledge that if Advertiser violates its obligations associated with the Unaccepted Leads, Clickbooth will suffer irreparable injury that cannot be adequately compensated in monetary damages. As such, in the event of a violation of this Section 4(b), the parties agree that Clickbooth shall be entitled to: (A) injunctive relief without the requirement to post a bond; and (B) any other remedies that Clickbooth may be entitled to at law or in equity. Notwithstanding the foregoing, nothing herein will prohibit Advertiser from using information that may be similar or identical to information in an Unaccepted Lead if it is provided to Advertiser from a source other than Clickbooth.

   c. **Cost-Per-Thousand ("CPM").** A fee for each time that your Ad is delivered to an end-user. Such fees will be based on the number of times that your Ad has been delivered, multiplied by the cost per thousand impressions, which shall be computed according to our rules and pricing applicable to the program that you selected in the IO. Impressions are defined as unique deliveries of your Ad to end-users.

5. **Method of Payment.** Advertiser shall pay Clickbooth by check or bank wire transfer. The prepayment must be deposited in your account prior to the start of the campaign. You understand and agree that when you make such a prepayment, you are committing indefinitely to the purchase of Services from Clickbooth. This prepayment amount is maintained as a reserve in your account. At the end of each month, or earlier (as described in Section 7), Clickbooth will submit an invoice that will cover the total fees incurred during the previous month. You agree to pay the invoice upon receipt. Clickbooth reserves the right to either suspend or terminate your Advertiser Account with Clickbooth, or remove your Ads from the Clickbooth Network, if payment cannot be processed, if there is a charge-back, if you do not maintain the prepayment reserve or where you are in breach of the Agreement, as determined in Clickbooth's sole discretion.

6. **Guaranty.** For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, to induce Clickbooth to execute the Agreement with Advertiser and to otherwise extend credit and engage in any and all transactions with Advertiser, the undersigned Guarantor: (a) individually promises to pay, and guarantees the full and prompt payment of, Advertiser's invoices and other amounts due including, without limitation, all outstanding principal, accrued interest, attorneys' fees and collection costs incurred by Clickbooth in connection with collecting past due amounts; (b) agrees to personally guarantee the obligations of Advertiser; and (c) otherwise agrees to the terms and conditions of Exhibit A attached hereto and incorporated herein.

7. **Credit.** In connection with being approved as a Clickbooth Advertiser, Advertiser may be required to complete a credit application. Advertiser agrees that Clickbooth shall review Advertiser's credit status, perform a credit analysis and establish, at Clickbooth's sole discretion, a reasonable credit limit for Advertiser. Advertiser shall be deemed to have breached the Agreement each time that Advertiser exceeds this established credit limit. Clickbooth reserves the right to monitor the number of Actions that are generated pursuant to each campaign/IO on a daily, weekly and/or monthly basis, as determined by Clickbooth in its sole discretion. If, in Clickbooth's sole determination, the projected fees payable by Advertiser for any calendar month during the term of an IO are targeted to exceed the prepaid amount previously provided by Advertiser (if any), the credit limit established for the applicable IO and/or campaign, or Two Hundred Thousand Dollars ($200,000.00), whichever is less, then Clickbooth may, in its sole discretion, take any one or more of the following actions at any time: (a) downwardly adjust the credit limit; (b) require a larger prepaid amount; (c) increase the frequency of invoices to daily, weekly or bi-weekly, as applicable; (d) require that Advertiser secure any current and/or future payment obligations through the issuance of promissory notes, establishment of joint accounts and/or collateralization of receivables, real property and/or other assets; (e) suspend the placement of Ads in the Network until the payment terms have been revised to Clickbooth's satisfaction; (f) cap the number of Actions generated by the Ad; and (g) otherwise modify the payments terms under the Agreement.

8. **Refund Policy.** Refund of prepayments is at Clickbooth's sole discretion and a five percent (5%) administrative penalty on the amount prepaid will be assessed in case of a refund. In any event, a prepayment is non-refundable in whole or in part until either the offer(s) associated with the Ad(s): (a) has/have been active in the Clickbooth Network for a minimum of ninety (90) days; or (b) has/have been removed and the Agreement has been terminated in accordance with Section 22 herein below, whichever is later.

9. **Rates.** Pricing for Clickbooth's programs, payment plan terms, set-up fees, minimum costs and minimum bids are subject to change by Clickbooth from time-to-time upon written notice to you.

10. **Initial Payment.** The IO is a reference to the initial buy, but you are indefinitely responsible for payment at the rate agreed upon in the IO. If you do not cancel the campaign in writing after the initial IO amount has been exceeded, your IO automatically renews for an indefinite period until it is terminated according to the procedures outlined in the Agreement. If you do cancel, you need to allow five (5) business days for the applicable campaign to become inactive across the Clickbooth Network, and during the five (5) days you are still responsible for the payouts for actions generated at the rate specified in the IO.

11. **Claims or Disputes.** Advertiser's sole remedy for claims or disputes is to submit any claims or disputes that it may have with respect to any invoice or transaction in writing to Clickbooth within ten (10) days after month's end or seven (7) days after the invoice date, whichever is earlier; otherwise such claim or dispute will be waived and such charge will be final and not subject to dispute.

material breach of the Agreement. In addition, a charge-back shall also constitute a material breach of the Agreement. You will be responsible for all reasonable expenses (including, but not limited to, attorneys' fees and costs) incurred by Clickbooth in collecting such amounts due plus interest at the rate of eighteen percent (18%) per annum or the maximum amount permitted by law, whichever is less.

13. **Tracking System.** You agree that you will not alter the pixel or remove or alter the location of the pixel or other tracking method deployed by Clickbooth ("Pixel") to track leads. Clickbooth employs a testing system to ensure that you have not altered, removed or moved the Pixel. If you alter, remove, disable or move the Pixel thereby disrupting or disabling Clickbooth's tracking system, you will be obligated to pay Clickbooth for all estimated Actions generated during this period based upon the historical EPC over the previous month for the period in which such Pixel was altered, disabled, displaced or removed. For purposes of the Agreement, EPC is defined as earnings per click, computed by dividing total earnings by the number of clicks generated by a campaign.

In addition, you agree to place Clickbooth's Pixel on a unique confirmation page that does not contain the pixel or tracking method of any third party. If you place Clickbooth's Pixel on the same page as third party's pixel or tracking method, you will be obligated to pay Clickbooth based upon each firing of the Clickbooth Pixel (based upon Clickbooth's tracking logs) regardless of any payment made to any third party for the subject action in reliance on any other pixel and/or tracking method appearing on the same page.

14. **Fraud.** Advertiser acknowledges that there is a potential for Network fraud. Advertiser understands and has read our Policy and Procedures which Clickbooth implements to reduce and combat fraud located at [www.clickbooth.com/Advertisers/fraud.html]. Advertiser acknowledges and agrees that Clickbooth shall not be liable for any instances of fraud on the part of end-user consumers and Advertiser agrees to pay Clickbooth in full for all services performed under the Agreement regardless of consumer fraud. Clickbooth enforces strict processes to combat fraud; however without definitive proof of fraud as determined by Clickbooth, Advertiser agrees to pay Clickbooth in full for all services performed under the Agreement, notwithstanding any potential or actual fraud committed by third parties.

15. **Non-Circumvent.** Advertiser recognizes that Clickbooth has proprietary relationships with Clickbooth Network Affiliates. Advertiser agrees not to circumvent Clickbooth's relationship with such Affiliates, or otherwise obtain, directly or indirectly, services similar to those performed by Clickbooth or such Affiliates hereunder, from any Affiliate that is known, or should reasonably be known, by Advertiser to have such a relationship with Clickbooth, during the term of the Agreement and for six (6) months following termination or expiration of the Agreement. Advertiser further agrees not to use reverse engineering or tracing of Affiliate traffic as a means to solicit Affiliates in the Clickbooth Network. If you are participating in the Select Advertiser program (as specified on the applicable IO), you agree not to contact the list of Affiliates that we make available to you. Failure to comply with this Section may, at our discretion and without limiting or excluding other remedies that may be available to Clickbooth (all such other remedies being expressly reserved), result in immediate termination of the Agreement and a fee, to be determined by Clickbooth, per Affiliate contacted directly by you. Both parties agree and acknowledge that if Advertiser violates its obligations associated with this Section 15, Clickbooth will suffer irreparable injury that cannot be adequately compensated in monetary damages. As such, in the event of a violation of this Section 15, the parties agree that Clickbooth shall be entitled to: (i) injunctive relief without the requirement to post a bond; and (ii) any other remedies that Clickbooth may be entitled to at law or in equity. Notwithstanding the foregoing, to the extent that Advertiser can show that any such Affiliate already obtained such services from Advertiser prior to the Effective Date of these Terms and Conditions, then Advertiser shall not be prohibited from continuing such relationship.

16. **Confidentiality.** Any confidential information and/or proprietary data provided by one party ("Discloser") to the other party ("Recipient"), including the Ad descriptions and the pricing of the Ad, shall be deemed "Confidential Information" of the Discloser. Confidential Information shall not be released by the Recipient to anyone except an employee or agent that has a need to know same and that is bound by confidentiality obligations at least as strict as those contained herein, but in no event less than a reasonable confidentiality standard. Recipient shall not use any portion of Confidential Information provided by the Discloser for any purpose other than those provided for under the Agreement. Notwithstanding anything contained herein to the contrary, the term "Confidential Information" shall not include information that (a) was previously known to the Recipient; (b) was or becomes generally available to the public through no fault of the Recipient; (c) was rightfully in Recipient's possession free of any obligation of confidence at, or subsequent to, the time it was communicated to Recipient by Discloser; or (d) was developed by employees or agents of Recipient independently of and without reference to any information communicated to Recipient by Discloser. Notwithstanding the foregoing, either party may disclose, upon written notice to the other party, Confidential Information in response to a valid order by a court or other governmental body, as otherwise required by law or the rules of any applicable securities exchange or as necessary to establish the rights of either party under the Agreement; provided, however, that both parties will stipulate to any orders necessary to protect said information from public disclosure.

17. **License.** For the term of the Agreement, Advertiser hereby grants to Clickbooth and Clickbooth's Affiliates and partners a non-exclusive, royalty-free, worldwide license to: (a) use, perform and display all Ads delivered hereunder in accordance with the terms of the Agreement; and (b) use all associated Advertiser intellectual property in connection therewith. Title to and ownership of all intellectual property rights of all Ads and associated Advertiser intellectual property shall remain with Advertiser or its third party licensors. In addition, Advertiser agrees that Clickbooth may, during the term of the Agreement and thereafter, include Advertiser's name (including any trade name, trademark, service mark and logo) and any Ad provided hereunder on Clickbooth's customer list and in its marketing materials and sales presentations.

18. **Representations.** Each party represents and warrants to the other party that: (a) it has the full corporate right, power and authority to enter into the Agreement, to grant the licenses granted hereunder and to perform the acts required of it hereunder; (b) the execution of the Agreement by it and the performance of its obligations and duties hereunder, do not and will not violate any agreement to which it is a party or by which it is otherwise bound; and (c) when executed and delivered, the Agreement will constitute the legal, valid and binding obligation of each party, enforceable against each party in accordance with its terms.

19. **Disclaimer of Warranties.** THE CLICKBOOTH NETWORK, CLICKBOOTH ASSISTED ADS, SERVICES AND THE RESULTS GENERATED THEREFROM ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS, WITHOUT ANY WARRANTY OF ANY KIND AND WITHOUT ANY GUARANTEE OF CONTINUOUS OR UNINTERRUPTED DISPLAY OR DISTRIBUTION OF ANY AD OR CLICKBOOTH ASSISTED AD. IN THE EVENT OF INTERRUPTION OF DISPLAY OR DISTRIBUTION OF ANY AD OR CLICKBOOTH ASSISTED AD, CLICKBOOTH'S SOLE OBLIGATION WILL BE TO RESTORE SERVICE AS SOON AS PRACTICABLE. EXCEPT AS STATED HEREIN, CLICKBOOTH DISCLAIMS ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE AND IMPLIED WARRANTIES ARISING FROM COURSE OF DEALING OR COURSE OF PERFORMANCE.

20. **Limitation of Liability.** Other than for gross negligence and willful misconduct, in no event will either party be liable for any consequential, indirect, incidental, punitive, special or exemplary damages whatsoever including, without limitation, damages for loss of profits, business interruption, loss of information and the like, incurred by the other party arising out of the Agreement, even if such party has been advised of the possibility of such damages.

officers, employees and agents from and against any and all damages, liabilities, costs and expenses (including reasonable attorneys' fees) (collectively "Losses") incurred as a result of any claim, judgment or proceeding relating to or arising out of: (a) Advertiser's breach of the Agreement; (b) the content of the Ads (including the Clickbooth Assisted Ads) and any and all claims made therein; or (c) the products, services or content linked to from the Ads (including the Clickbooth Assisted Ads). Clickbooth agrees to defend, indemnify and hold harmless Advertiser from and against any and all Losses incurred as a result of a claim, judgment or proceeding relating to or arising out of Clickbooth's breach of the Agreement.

If any action is brought against either party (the "Indemnified Party") in respect to any allegation for which indemnity may be sought from the other party ("Indemnifying Party"), the Indemnified Party will promptly notify the Indemnifying Party of any such claim of which it becomes aware and will: (i) provide reasonable cooperation to the Indemnifying Party at the Indemnifying Party's expense in connection with the defense or settlement of any such claim; and (ii) be entitled to participate at its own expense in the defense of any such claim. The Indemnified Party agrees that the Indemnifying Party will have sole and exclusive control over the defense and settlement of any such third party claim. However, the Indemnifying Party will not acquiesce to any judgment or enter into any settlement that adversely affects the Indemnified Party's rights or interests without the prior written consent of the Indemnified Party.

22. **Termination.** In addition to any other remedies that may be available to it, Clickbooth may immediately terminate the IO in the event of any breach by Advertiser of the Agreement. Either party may cancel any IO, for any reason, on five (5) business days prior written notice to the other party. Sections 1, 3-24, and any accrued but unpaid payment obligations, shall survive termination of the Agreement. In the event of termination, Advertiser shall allow five (5) business days for the campaigns to become inactive across the Clickbooth Network, and the Advertiser will be responsible for actions that result from Ads published during those five (5) days.

23. **Scope of Relationship.** Each party is an independent contractor and not a partner, joint venturer or employee of the other. Neither party shall have the right to bind the other or to incur any obligation on the other's behalf.

24. **Miscellaneous.** The Agreement will be governed and construed in accordance with the laws of the State of Florida without giving effect to conflict of laws principles. Advertiser and Clickbooth each: (a) hereby irrevocably submits to the exclusive jurisdiction in the Twelfth Judicial Circuit in and for Sarasota County, Florida, or in the United States District Court for the Middle District of Florida for the purposes of any suit, action or proceeding arising out of or relating to the Agreement; and (b) hereby waives, and agrees not to assert in any such suit, action or proceeding, any claim that it is not personally subject to the jurisdiction of such court, that the suit, action or proceeding is brought in an inconvenient forum or that the venue of the suit, action or proceeding is improper. If any provision of the Agreement is held to be invalid or unenforceable for any reason, the remaining provisions will continue in full force without being impaired or invalidated in any way. Clickbooth's failure to enforce any provision of the Agreement shall not be deemed a waiver of such provision nor of the right to enforce such provision. Advertiser may not assign the Agreement without the prior written consent of Clickbooth. The parties' rights and obligations will bind and inure to the benefit of their respective successors, heirs, executors, joint administrators and permitted assigns. The Agreement may be executed in counterparts, each of which shall be deemed an original, but all of which taken together shall constitute but one and the same instrument. The Agreement may be executed and delivered by facsimile and the parties agree that such facsimile execution and delivery shall have the same force and effect as delivery of an original document with original signatures. EXHIBIT A Incorporated herein by Ref.

25. **Other Agreements.** The Agreement sets forth the entire agreement of the parties and supersedes any and all prior oral or written BM agreements or understandings between the parties as to the subject matter hereof. Only a writing signed by both parties may change, modify or amend the terms of the Agreement, except for any modifications by Clickbooth as per the applicable IO.

CLICKBOOTH.COM, LLC

ADVERTISER: _BCM Ventures, Inc._

Signed: _[signature]_

The person signing this Agreement represents and warrants that: (i) he or she is 18 years of age or older; and (ii) he or she is an Officer of Advertiser and/or has the power and authority to bind Advertiser.

Print name: _Bryan Melchior_
Print Title: _President_
Print Address: _2111 Glacier View Dr._
_Sandy, UT 84092_
Effective Date: _June 17_, 20 _11_

By: IntegraClick, LLC a Florida limited liability company, as it Authorized Agent

Signed: _____

Print name: _____
Print Title: As its _____

Address: IntegraClick Professional Park East, Suite 210
5901 N. Honore Ave., Sarasota, FL 34243-2632

GUARANTOR, Individually

Signed: _[signature]_

Print name: _Bryan Melchior_
Print address: _2111 Glacier View Dr._
_Sandy, UT 84092_

## PERSONAL GUARANTEE

Guarantor hereby agrees to comply with the terms and conditions set forth in this Exhibit A - Personal Guarantee ("Guarantee").

1. Pursuant to the terms of this Guarantee, Guarantor hereby absolutely and unconditionally guarantees the full and prompt payment of any and all amounts that Advertiser may now or hereafter owe to Clickbooth on account of: (a) the purchase price of any goods or services sold by Clickbooth to Advertiser; (b) any obligations arising pursuant to the terms and operation of any consignment agreement; and/or (c) any business transactions between Clickbooth and Advertiser. Payment of the aforementioned obligations shall be upon such prices, terms, conditions, credit and agreements as may be agreed upon by and between Clickbooth and Advertiser from time to time and all without notice to Guarantor.

2. The liability of Guarantor under this Guarantee shall not be affected or released by, and Guarantor hereby waives notice of any extension of credit or of time of payment or any other indulgence given by Clickbooth to Advertiser or any acceptance by Clickbooth of notes or other negotiable paper or any security or Clickbooth's arriving at any composition or agreement as to the amount and terms of said indebtedness or any other variation or alteration in said indebtedness, or any release of any security for said indebtedness with or without substitution, and this Guarantee is to continue in full force and effect until after ten (10) days from receipt by Clickbooth of written notice from Guarantor, which notice shall have the effect of withdrawing this Guarantee for obligations arising after said ten (10) days have expired, but not before. Guarantor waives any right to receive disclosures of the debtor's financial condition and risk. Further, Guarantor assumes all responsibility for staying advised as to Advertiser's financial condition.

3. The liability of Guarantor hereunder shall include all principal, accrued interest, reasonable attorneys' fees and reasonable expenses and disbursements in the collection of the amount due, and this is a continuing guarantee for a running account and shall bind Guarantor regardless of any previous amounts owing and/or paid to Clickbooth by Advertiser. Guarantor hereby willingly and knowingly consents to a confession of judgment in the event of Guarantor's default on its obligations under this Guarantee.

4. The liability of Guarantor is joint and several with that of Advertiser (and if there be more than one undersigned, joint and several amongst each of them) and create liabilities and obligations independent of those of Advertiser, and, as such, a separate action may be brought against Guarantor without first proceeding against Advertiser. Any partial payment of indebtedness or obligation of Advertiser shall toll any statute of limitations against Guarantor.

5. To the extent permitted by Florida State law, Guarantor waives any right which it (or they) may have to require Clickbooth (a) to proceed against Advertiser; (b) to proceed against or exhaust any collateral or other security which Clickbooth may hold; or (c) to take any other action, as a condition precedent to the liability of Guarantor to Clickbooth. Guarantor further waives any defense arising out of the absence, impairment or loss of any right of reimbursement or subrogation, or other right or remedy of Guarantor against Advertiser or any disability or defense of Advertiser, or by reason of cessation of liability of Advertiser for any reason other than payment in full of all sums owing to Clickbooth.

6. To the extent permitted by Florida State law, notice of acceptance of this Guarantee, of any business transaction by Clickbooth with Advertiser, of maturity of any of the aforesaid indebtedness and of any default in payment to Clickbooth by Advertiser of any such indebtedness, is hereby waived.

7. Guarantor further agrees to pay all expenses of Clickbooth in enforcing and/or collecting payment in connection with this Guarantee including, but not limited to, all legal fees and expenses. Guarantor further agrees that, to the extent Guarantor makes a payment or payments to Clickbooth which payment or payments or any part thereof are subsequently invalidated, declared to be fraudulent or preferential, set aside and/or required to be repaid to a trustee, receiver or any other party under any bankruptcy act, state or federal law, common law or equitable cause, then to the extent of such payment or repayment, the obligation or part thereof intended to be satisfied shall be revived and continued in full force and effect as if said payment had not been made.

8. This Guarantee shall be equally effective, according to its tenor, with respect to obligations of Advertiser to Clickbooth or any of its subsidiaries or affiliated corporations and shall be enforceable by any of the foregoing or any assignee of the indebtedness guaranteed.

9. No delay or failure of Clickbooth at any time to demand strict adherence to the terms hereof shall be deemed to constitute a course of conduct inconsistent with Clickbooth's right at any time to demand strict adherence to the terms hereof.

10. Guarantor represents and warrants to Clickbooth as follows: (a) Guarantor has the full power and authority to execute and deliver this Guarantee; (b) there are no actions, suits or proceedings pending or, to the knowledge of Guarantor, threatened against or affecting the properties of the Guarantor in any court; and (c) no federal or state tax liens have been filed or threatened against Guarantor, nor is Guarantor in default of claimed default under any agreement for borrowed money. Guarantor, recognizing that its individual credit history may be a necessary factor in the evaluation of this Guarantee, hereby consents to and authorizes the use of a consumer credit report(s) on Guarantor by Clickbooth, as may be needed in the credit evaluation process.

11. Should any part, term or provision of this Guarantee be declared by the courts to be illegal or in conflict with any law of the State of Florida, the validity of the remaining portions or provisions of this Guarantee shall not be affected thereby.

12. The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age; (providing the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.

**EXHIBIT A**

From: Tara Bills <■■■■■■■■■>
Subject: Exclusive
Date: June 16, 2011 9:31:53 AM MDT
To: Bryan Melchior ■■■■■■■■■

Bryan,

The Purebiotix offers are exclusive to Clickbooth network although you may allow your direct publisher to run the offer too. As long as no other network is running the offer and you do not solicit our pubs to go direct, you are within the exclusive guidelines.

Regards,

Tara Bills
Advertising Consultant
Clickbooth.com
A Division of Integraclick, Inc.
T: ■■■■■■■■■
AIM: TaraBClickbooth
Email: ■■■■■■■■■

## Advertising Insertion Order

Clickbooth.com LLC
IntegraClick Professional Park East Building
5901 N. Honore Ave., Suite #210, Sarasota, FL 34243-2632

info@clickbooth.com
Fax: 941.296.7911

| | |
|---|---|
| CLIENT: BCM Ventures Inc d/b/a Rod Spear Media LLC | PROJECT: Clickbooth Network Exclusive CPA |
| ADDRESS: 2111 E. Glacier Dr. | ORDER #: JL080311TBA |
| C/S/Z: Sandy, UT 84092 | ORDER DATE: 08.03.11 |
| CORP STATUS: LLC / TIN: [redacted] | LAUNCH DATE: A.S.A.P. |
| PHONE: [redacted] | ADVERTISER REP: Tara Bills |
| CONTACT: Bryan Melchior; Bronson Hunter / EMAIL: [redacted] | |

### PAYMENT METHOD

| [ ] Physical Check | [ ] Electronic / Fax Check | [ ] Credit Card |
|---|---|---|
| [X] Wire Transfer | [ ] ACH Debit | Credit Card Information: |

ACH Information:
Bank Name: _____
Name On Account: _____
ABA Routing Number: _____
Account Number: _____
Billing Address: _____
Accountholder Signature: _____

*Accountholder agrees to pay all amounts as invoiced, due, owing, and/or required, and hereby authorizes Clickbooth.com, LLC to process such payments and transactions.*

Name On Card: _____
Card Number: _____
Expiration Date: _____
CVV/Security Code: _____
Card Limit: _____
Card Type: Visa [ ]  MC [ ]  Amex [ ]  Discover [ ]
Billing Address: _____
Cardholder Signature: _____

*Cardholder agrees to pay all amounts as invoiced, due, owing, and/or required, and hereby authorizes Clickbooth.com, LLC to process such payments and transactions.*

| Cost Per Acquisition: | Clickbooth.com Network Exclusive CPA's | Traffic Types Allowed: | Cost |
|---|---|---|---|
| [ ] Credit Card Price: $46.15 | EXCLUSIVE – SP Beauty Lift Offer | Email, Search, On-Site/Display, Contextual, Network. | TBD |
| [X] Cash Discount Price: $45.00 | Geo-Restrictions: US Only | | |
| | | Total Cost | TBD |

Email – Publishers send HTML or text creatives to opt-in email addresses.

Search – Publishers promote websites by increasing their visibility in search engine result pages. They do this by actively bidding on keywords. Traffic can be driven directly to a landing page or to a site owned by a publisher that links the consumer to the landing page.

On-site/Display – Advertising through banners that contain text, logos, images and/or videos or text-only links. This kind of advertising can be promoted directly through a website owner, or the advertising space can be purchased for a limited time through a media buy.

Contextual – The advertisements are selected and served based upon the content displayed to a consumer.

Network – Other networks will promote the offer through the approved traffic types.

The Clickbooth.com Advertiser Terms and Conditions shall govern this Advertising Insertion Order. Payments are due as stated on the invoice. By signing this Advertising Insertion Order, Client represent and warrant that they have full right, power, and authority to make this purchase, sign this Advertising Insertion Order, bind Client, and hereby guarantees timely payment.

CLIENT: BCM Ventures, Inc.
Signed: Bryan Melchior
Title: President
Date: Aug 3, 2011

CLICKBOOTH.COM, LLC
Signed: Tara Bills
Title: Advertising Consultant
Date: Aug 4, 2011

Document Integrity Verified                                                                                     EchoSign Transaction Number: ILF2NQZ2SH4X4Z



# BCM Ventures Inc dba Red Spear Media Clickbooth Network Exclusive CPA 08.03.11TBA

EchoSign Document History      August 04, 2011



Created: August 03, 2011
By: Tracey Duncan
Status: SIGNED
Transaction ID: ILF2NQZ2SH4X1Z

## "BCM Ventures Inc dba Red Spear Media Clickbooth Network Exclusive CPA 08.03.11TBA" History

- Document created by Tracey Duncan
  August 03, 2011 - 2:22 PM EDT - 72.64.129.210

- Document emailed to Bryan Melchior ( ) for signature
  August 03, 2011 - 2:24 PM EDT

- Document viewed by Bryan Melchior ( )
  August 03, 2011 - 4:28 PM EDT - 71.35.196.102

- Document esigned by Bryan Melchior
  August 03, 2011 - 4:48 PM EDT - 71.35.196.102

- Document emailed to Tara Bills ( ) for signature
  August 03, 2011 - 4:48 PM EDT

- Document viewed by Tara Bills ( )
  August 04, 2011 - 8:34 AM EDT - 72.64.129.210

- Document esigned by Tara Bills
  August 04, 2011 - 8:35 AM EDT - 72.64.129.210

- Signed document emailed to Tracey Duncan ( ) Bryan Melchior ( ) and Tara Bills ( ) with a Cc to bronson@redspearmedia.com
  August 04, 2011 - 8:35 AM EDT

APR 3 0 2013

EchoSign.      Seriously Secured.