UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

CLICKBOOTH.COM, LLC, a Florida
Corporation, 5901 N. Honore Ave.,
Suite #210, Sarasota, FL 34243-2632,

    Plaintiff,

v.                                                         Case No.: 8-14-cv-2788-T-27MAP

BCM VENTURES, INC. d/b/a RED SPEAR
MEDIA, LLC, a Utah Corporation not
authorized to do Business in Florida, and
BRYAN MELCHIOR,

    Defendants.
_____/

## STIPULATED MOTION TO ENTER
## STIPULATED DISMISSAL OF CLAIMS

Pursuant to Federal Rule of Civil Procedure 7 and Local Rule 3.01(g), Plaintiff, Clickbooth.com, LLC ("Clickbooth") and Defendants, BCM Ventures, Inc. d/b/a Red Spear Media, LLC ("BCM") and Bryan Melchior ("Melchior"), file their Stipulated Motion to Enter Stipulated Dismissal of Claims as follows:

1. The parties have agreed to settle this matter in its entirety pursuant to a Confidential Settlement Agreement.

2. Pursuant to the settlement, the parties have stipulated to dismissal of Clickbooth's claims against Melchior with prejudice and to dismissal of BCM's counterclaims against Clickbooth with prejudice.

WHEREFORE, Plaintiff and Defendants respectfully request that this Court enter the Stipulated Dismissal of Claims attached as Exhibit A and for such further relief as the Court deems just and proper.

Dated March 12, 2015.

/s/ Brad F. Barrios
Brad F. Barrios – FBN 0035293
V. Stephen Cohen – FBN 0948756
E-mail: scohen@bajocuva.com
E-mail: brad.barrios@bajocuva.com
BAJO CUVA COHEN & TURKEL, P.A.
100 North Tampa Street, Suite 1900
Tampa, FL 33602
Telephone: (813) 443-2199
Facsimile: (813) 443-2193
*Attorneys for Plaintiff*

/s/ Thomas N. Crowther
Bret J. Crowther – Utah Bar No. 13185
E-Mail: bret.crowther@crowtherlaw.com
Thomas N. Crowther – Utah Bar No. 0773
E-Mail: tom.crowther@crowtherlaw.com
8160 South Highland Drive
Building A, Suite 201
Sandy, UT 84093
Tel: (801) 438-1010
Fax: (801) 438-1009
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

CLICKBOOTH.COM, LLC, a Florida
Corporation, 5901 N. Honore Ave.,
Suite #210, Sarasota, FL 34243-2632,

    Plaintiff,

v.                                                          Case No.: 8-14-cv-2788-T-27MAP

BCM VENTURES, INC. d/b/a RED SPEAR
MEDIA, LLC, a Utah Corporation not
authorized to do Business in Florida, and
BRYAN MELCHIOR,

    Defendants.
_____/

## STIPULATED DISMISSAL OF CLAIMS

THIS MATTER came before the Court on the parties' Joint Motion to Enter Dismissal of Claims. The Court, having reviewed the Court file and the stipulation of the parties, it is hereby

1.    ORDERED, ADJUDGED AND DECREED that Clickbooth.com, LLC's claims against Bryan Melchior are dismissed with prejudice, and BCM Ventures, Inc.'s counterclaims against Clickbooth.com, LLC are dismissed with prejudice, with all parties to bear their own costs and attorneys fees incurred in this action.

DONE AND ORDERED in Chambers at Tampa, Hillsborough County Florida, this ___ day of _____, 2015.

                                                                _____
                                                                 JAMES D. WHITTEMORE
                                                                 UNITED STATES DISTRICT JUDGE

EXHIBIT A

Copies furnished to:

Brad F. Barrios, Esq.
Amy J. Winarsky, Esq.
Ellen C. Pappas, Esq.
Thomas N. Crowther, Esq.
Bret J. Crowther, Esq.