UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

CLICKBOOTH.COM, LLC, a Florida
Corporation, 5901 N. Honore Ave.,
Suite #210, Sarasota, FL 34243-2632,

    Plaintiff,

v.

Case No.: 8-14-cv-2788-T-27MAP

BCM VENTURES, INC. d/b/a RED SPEAR
MEDIA, LLC, a Utah Corporation not
authorized to do Business in Florida, and
BRYAN MELCHIOR,

    Defendants.
_____/

## STIPULATED DISMISSAL OF CLAIMS

THIS MATTER came before the Court on the parties' Joint Motion to Enter Dismissal of Claims. The Court, having reviewed the Court file and the stipulation of the parties, it is hereby

1.    ORDERED, ADJUDGED AND DECREED that Clickbooth.com, LLC's claims against Bryan Melchior are dismissed with prejudice, and BCM Ventures, Inc.'s counterclaims against Clickbooth.com, LLC are dismissed with prejudice, with all parties to bear their own costs and attorneys fees incurred in this action.

DONE AND ORDERED in Chambers at Tampa, Hillsborough County Florida, this 13 day of March, 2015.

_____
JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

1